IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VICKTOR BERISHAJ | § | |
|     REG. NO. 19561-068 | § | |
| V. | § | C.A. NO. C-05-438 |
| | § | |
| FEDERAL BUREAU OF PRISONS | § | |

## **FINAL JUDGMENT**

Pursuant to the Opinion and Order of Dismissal dismissing plaintiff's claims for failure to prosecute, final judgment is entered dismissing plaintiff's claims without prejudice.   This is a Final Judgment.

ORDERED this 20th day of March 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE